## CÁTALA *v.* CALDERÓN.

### APPEAL from the District Court of San Juan.

No. 26.—Decided December 14, 1903.

DIVORCE —ADULTRY —ABANDONMENT.—Adultery or abandonment by one of the spouses is sufficient ground for divorce.

#### STATEMENT OF THE CASE.

This is an action for divorce pending before us on appeal, with José Cátala, as appellant, and María Calderón, as respondent, the former being represented in this court by Antinio Moreno Calderón, Esq., while the respondent failed to enter an appearance.

On July 20, 1902, José Cátala de la Cruz filed a complaint in the District Court of San Juan against his wife María Calderón, which complaint contains several allegations, of which the following will be set out herein: That on January 4, 1873, the appellant and respondent were legally married in the Church of Santa María de los Remedios of San Juan, in the Island of Porto Rico, which marriage appears from a certificate issued in due form and filed in this suit; that by said marriage they had no children owing to the fact that when

bida forma y presentada en este pleito: que en ese matri-
monio no tuvieron hijos por haberse llevado aquél á cabo en-
contrándose gravemente enfermo el apelante y por haber
abandonado la casa conyugal la apelada luego de hallarse en
salud su esposo, yéndose á "otro nido" con un tal Martín
Sostres, y termina pidiendo sea discuelto en absoluto el
matrimonio entre José Cátala y María Calderón.

*Resultando*: que la apelada, después de haber sido citada
en debida forma, compareció representada por su Abogado
presentando contestación á dicha demanda, en la cual admite
que fueron casados en el tiempo y la forma dichos; que
vivieron juntos maritalmente por espacio de nueve años y
de este matrimonio resultaron cuatro hijos, que el apelante
sin motivo de ninguna clase abandonó á su esposa y á sus
hijos, por cuyo motivo ella se vió obligada á trabajar para
ganarse· el sustento diario sin que tuviera desde aquella
fecha relaciones ilícitas con algún hombre, sirviendo única-
mente de lavandera á dicho Martín Sostre.

*Resultando*: que substanciado el pleito por sus trámites,
cuatro testigos declararon por la parte apelante, manifes-
tando que conocían á los litigantes y de su propio conoci-
miento sabían que la María Calderón vivía con Martín Sostre
en la misma habitación, manifestando dos de los testigos que
el demandante y la demandada vivían maritalmente.

*Resultando*: que el Tribunal del Distrito de San Juan, en
sentencia de fecha once de Febrero del año en curso declaró
sin lugar la demanda con las costas á cargo de la parte de-
mandante.

*Resultando*: que contra esa sentencia José Cátala de la
Cruz interpuso recurso de apelación para ante este Tribunal.

Abogado del apelante: *Sr Moreno Calderón.*

Fiscal del Tribunal Supremo: *Sr. del Toro.*

La parte apelada no compareció.

EL JUEZ ASOCIADO SR. SULZBACHER, después de exponer los
hechos anteriores, emitió la siguiente opinión del Tribunal:

it was celebrated appellant was seriously ill and upon his recovery, the respondent had abandoned his home and had gone to live with a certain Martín Sostre. He finally prayed that the marriage between José Cátala and María Calderón be dissolved.

The respondent, after being summoned in due form, appeared through her counsel and filed an answer to the complaint admitting that they had been married as stated; had lived together as husband and wife for nine years, and by said marriage had had four children; that the appellant without any cause had abandoned his wife and children, for which reason she was obliged to work for her living, and since that time had had no illicit relations with any man, she being employed by Martin Sostre only as his washerwoman.

In the proceedings four witnesses testified in behalf of the appellant to the effect that they were acquainted with the litigants and of their own knowledge could testify that María Calderón lived with Martín Sostre in the same apartment, while two of the witnesses stated that the plaintiff and the defendant lived as man and wife.

The District Court of San Juan, on February 11 of this year, rendered judgment dismissing the complaint, with costs against the plaintiff.

From this decision José Cátala de la Cruz took an appeal to this court.

*Mr. Moreno Calderón,* for appellant.

The respondent made no appearance.

MR. JUSTICE SULZBACHER, after making the above statement of facts, delivered the following opinion of the court.

*Considerando*: que este Tribunal Supremo, en diversos casos, ha declarado que se ha de conceder el divorcio por causa del adulterio, siendo éste en conformidad con el Acta del Congreso, conocida por ''Ley Foraker'', y también según la Ley de la Legislatura de esta Isla, el abandono por uno ú otro de los consortes es motivo para el divorcio.

*Considerando*: que se ha probado que la esposa María Calderón abandonó á su esposo; viviendo maritalmente con otro hombre, habiéndose probado, además del abandono, el adulterio.

*Fallamos* que, revocando la sentencia apelada, debemos declarar y declaramos con lugar la demanda interpuesta por José Cátala de la Cruz y los vínculos del matrimonio existentes, entre las partes demandante y demandada, quedan por esta sentencia para siempre disueltos, con las costas causadas en el Tribunal de Distrito á cargo de la parte demandada.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández, Figueras y MacLeary.

---

## El Pueblo *v.* Moura.

### Apelación procedente de la Corte de Distrito de Ponce.

No. 47.—Resuelto en Diciembre 15, 1903.

Apelacion.—Delitos Misdemeanors.—Cuando en una causa criminal por delito calificado de felony se impusiere al acusado una pena que no fuere de *presidio*, el delito se considerará *misdemeanor* para todos los efectos después de dictada sentencia, y ésta no será apelable para ante el Tribunal Supremo, toda vez que el recurso de apelación sólo procede en causas por delitos calificados de *felony*.

### EXPOSICIÓN DEL CASO.

En el recurso de apelación que ante *nos* pende interpuesto

This Supreme Court has held on several occasions that divorce should be granted for adultery, this being in conformity with the act of Congress known as the "Foraker Act," and, furthermore, according to an act of the Legislative Assembly of Porto Rico, the abandonment of the wife by the husband or of the husband by the wife, is also a cause for divorce.

It has been proven that the wife, María Calderón, abandoned her husband and lived maritally with another man; thus, in addition to the abandonment, adultery has also been proven.

We adjudge that, in reversing the judgment appealed from, we should sustain, and do sustain, the complaint filed by José Cátala de la Cruz, and consequently the marriage bonds hitherto existing between the plaintiff and defendant are by this judgment forever dissolved, with costs of the proceedings in the District Court against defendant.

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.